# Court of Appeals
## Tenth Appellate District of Texas

### 10-24-00248-CV

Big Creek Construction, LTD.,
Appellant

v.

Jerry Steele Fagan, Individually and on behalf of the Estate of Jimmie
Edward Fagan, Nikkie Marchant, and Lisa Daves,
Appellees

On appeal from the
82nd District Court of Robertson County, Texas
Judge Rex Davis, presiding
Trial Court Cause No. 21-01-21174-CV

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

### MEMORANDUM OPINION

Appellant, Big Creek Construction, LTD., appealed from the trial court's interlocutory "Order Denying in Part and Granting in Part Defendant Big Creek Construction, Ltd.'s Amended Motion for No Evidence and Traditional Summary Judgment." On January 3, 2025, the Court was advised that the parties had reached a settlement and requested an abatement in order to

execute the terms of the settlement. This proceeding was stayed upon the request of the parties on January 7, 2025.

On May 16, 2025, by letter from the Clerk of this Court, the appellant was advised that it "must provide the Court with either a motion to dismiss or a status report within 14 days of the date of this letter or the appeal may be dismissed for want of prosecution." Further, the appellant was notified that the failure to respond to the Clerk's letter would constitute an independent ground for the dismissal of the appeal. No motion to dismiss or other response has been received by this Court. *See* TEX. R. APP. P. 42.3(b), (c).

Accordingly, we dismiss this interlocutory appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

 

 

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: June 18, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed
CV06

